UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                CASE NO: 8:16-bk-07351-CPM
                                                                      CHAPTER 7
SYLVIA KNIGHT,

    Debtor.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

STATE OF : _FLORIDA_

COUNTY OF: _HILLSBOROUGH_

    **BEFORE ME**, this day personally appeared _KELLY BUCHANAN_ ("Affiant") who, being by me first duly sworn, deposes and says:

    1.    I am making this Affidavit in connection with and in support of the *Motion for Relief from the Automatic Stay* filed by Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1, a secured creditor in the above-styled bankruptcy proceeding ("Secured Creditor").

    2.    FAY SERVICING, LLC ("FAY") services the instant loan on behalf of Secured Creditor, the holder of the subject Note and Mortgage.

    3.    In performance of its duties as servicer of the loan, FAY maintains a computerized account of the loan including all receipts and disbursements, charges and credits.

    4.    The amount of the indebtedness and the nature and extent of default set forth in the motion is derived from said computerized records.

    5.    I am employed as _AVP BANKRUPTCY_ (Job Title) for FAY. As such, I have access to said computerized account records.

    6.    Said records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, are kept in the course of FAY's regularly conducted activity and are made by FAY as a regular practice.

    7.    In connection with this case, I have reviewed the aforementioned computerized

**EXHIBIT B**

CASE NO. 8:16-bk-07351-CPM
Affidavit in Support of Motion for Relief from Stay

account records, the loan documents and other business records of FAY and Secured Creditor.

8. The subject loan has an outstanding principal balance of $152,361.61, plus advances made, attorneys' fees and costs incurred, and interest accruing thereon in accordance with the loan documents. The current *per diem* interest is $26.61.

9. WILLIE KNIGHT, the Debtor's former spouse, the Note signer, has defaulted in payments due to Secured Creditor by failing to make the payment due on December 1, 2010 and all subsequent payments.

10. The documents attached as exhibits to the motion are true and accurate copies of the original documents.

11. This Affidavit is true and correct based on my personal knowledge of FAY's and Secured Creditor's books and business records and is intended to show that there is available competent testimony which can be introduced at an evidentiary hearing, if necessary.

**FURTHER AFFIANT SAYETH NOT.**

Date: 10/20/16

X _____
(Sign here)    AFFIANT
KELLY BUCHANAN
Print Name

**SWORN TO AND SUBSCRIBED** before me this 20 day of October, 2016, by Kelly Buchanan, (Affiant) who is personally known to me and who did take an oath.

NOTARY PUBLIC

My Commission Expires: 10/19/2019

_____
Print Name

CARLOS PAZ
MY COMMISSION # FF 928927
EXPIRES: October 19, 2019
Bonded Thru Notary Public Underwriters