

Bob Henriquez
Hillsborough County Property Appraiser

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 159003-0100



| Owner Information | |
|---|---|
| Owner Name | KNIGHT WILLIE<br>KNIGHT SYLVIA |
| Mailing Address | 1914 WHITE CEDAR WAY<br>BRANDON, FL  33511-8366 |
| Site Address | 3618 WHITTIER ST, TAMPA |
| PIN | A-10-29-19-4BX-000017-00004.0 |
| Folio | 159003-0100 |
| Prior PIN | A-10-29-19-4BX-000017-00003.0 |
| Prior Folio | 159003-0000 |
| Tax District | TA - TAMPA |
| Property Use | 0100 SINGLE FAMILY R |
| Plat Book/Page | 6/30 |
| Neighborhood | 218005.00 | Grant Park Area |
| Subdivision | 4BX | GRANT PARK |

| Value Summary | | | | |
|---|---|---|---|---|
| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
| County | $89,174 | $89,174 | $0 | $89,174 |
| Public Schools | $89,174 | $89,174 | $0 | $89,174 |
| Municipal | $89,174 | $89,174 | $0 | $89,174 |
| Other Districts | $89,174 | $89,174 | $0 | $89,174 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

| Sales Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
| 18530 | 1168 | 03 | 2008 | WD | Qualified | Improved | $161,000 |
| 14006 | 0198 | 06 | 2004 | WD | Unqualified | Vacant | $100 |

EXHIBIT C

## Building Information

### Building 1

| | |
|---|---|
| **Type** | 01  | SINGLE FAMILY |
| **Year Built** | 2008 |



### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Frm: Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Interior Flooring | 7 | Tile |
| Heat/AC | 2 | Central |
| Architectural Style | 5 | Contemporary 1-Story |
| Condition | 3 | Average |
| Bedrooms | 3.0 | |
| Bathrooms | 2.0 | |
| Stories | 1.0 | |
| Units | 1.0 | |

### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| BAS | 1,619 | 1,619 | $72,609 |
| FOP | 144 | | $1,615 |
| FOP | 10 | | $90 |
| FGR | 387 | | $8,701 |
| **Totals** | **2,160** | **1,619** | **$83,015** |

## Land Information - Total Acreage: 0.13

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| RE08 | Res SF Class 1.10 | RM-16 | 50.00 | 112.00 | SE | SF LOTS W/ EFF SIZE | 5,600.00 | $6,160 |

## Legal Description

GRANT PARK LOT 4 AND E 1/2 CLOSED ALLEY ABUTTING ON WEST BLOCK 17