ORDERED.

Dated:  November 08, 2016

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                          CASE NO: 8:16-bk-07351-CPM
                                                                                                CHAPTER 7
SYLVIA KNIGHT,

     Debtor.
_____/

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC
STAY FILED BY WILMINGTON TRUST, N.A.
(Re: 3618 Whittier St., Tampa, FL 33619)

**THIS CASE** came before the Court for consideration of the *Motion for Relief from the Automatic Stay* (Doc 6) filed on negative notice by Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust Series 2015-1 ("Secured Creditor").  No appropriate response having been filed in accordance with Local Rule 2002-4, and the Court being otherwise more fully advised in the premises, it is

    **ORDERED**:

    1.    The Motion is Granted.

    2.    The automatic stay imposed by reason of 11 U.S.C. § 362 is terminated with respect to the Movant's interest in the real property located at 3618 Whittier St., Tampa, FL 33619 (the "Property"), which is legally described as:

WD# 6729-1-2903

**LOT 4, BLOCK 17, TOGETHER WITH THE EAST 1/2 OF THE CLOSED ALLEY ABUTTING ON THE WEST SIDE THEREOF, GRANT PARK, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 6, PAGE 30, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

3. This Order is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the Property. Said creditor shall neither seek nor obtain any *in personam* relief against the Debtor.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. Bankruptcy fees and costs in the amount of $626.00 are awarded for the prosecution of this Motion for Relief from Stay.

6. Any communication by Secured Creditor in connection with proceeding against the Property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential forbearance agreement, loan modification, refinance agreement, loss mitigation agreement or other loan workout, may be sent directly to the Debtor.

Attorney DiSpigna is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.